HMK/mhb CH 7972B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FEDERAL INSURANCE COMPANY

                Plaintiff,                08 CV 3288 (LAK)(RLE)
                                                          ECF CASE
   -against-

M/V LAHORE EXPRESS, her engines,        **RULE 7.1 STATEMENT**
boilers, tackle, etc., NORMAN G. JENSEN,
INC. D/B/A JENSEN MARITIME SERVICE,
DIRECT CONTAINER LINE, INC.

                Defendants.
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   CHUBB CORP.

Dated: March 31, 2008

                                           KINGSLEY, KINGSLEY & CALKINS
                                           Attorneys for Plaintiff


                                           BY:__/S/_____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064