# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

FEDERAL INSURANCE COMPANY

Plaintiff,

V.

M/V LAHORE EXPRESS, her engines, boilers, tackle, etc., NORMAN G. JENSEN, INC. D/B/A JENSEN MARITIME SERVICE, DIRECT CONTAINER LINE, INC.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 03288

TO:

| M/v LAHORE EXPRESS c/o SEASPAN CORP 2600-200, Granville Street Vancouver BC V6C 1S4 CANADA | M/v LAHORE EXPRESS c/o SEASPAN SHIP MANAGEMENT LTD SERVICE 2600-200, Granville Street Vancouver BC V6C 1S4 CANADA | NORMAN G. JENSEN, INC. d/b/a JENSEN MARITIME 3050 Metro Drive Suite 300 Minneapolis, MN 55425 | DIRECT CONTAINER LINE, INC. 300 Middlesex Avenue Carteret, NJ 07008 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 02 2008

CLERK  J. MICHAEL MCMAHON

(BY) DEPUTY CLERK

DATE

FEDERAL INSURANCE COMPANY

                      Plaintiff(s)

Index # 08 CV 03288 (KAPLAN)

- against -

M/V LAHORE EXPRESS, HER ENGINES, BOILERS, TACKLE, ETC., ETAL

                      Defendant(s)

Purchased April 2, 2008
File # CH 7972B

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CECIL G. HOLLOWAY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 24, 2008 at 10:50 AM at

1 CROSS ISLAND PLAZA
SUITE 231A
ROSEDALE, NY11422

deponent served the within SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT on NORMAN G. JENSEN, INC. D/B/A JENSEN MARITIME SERVICE therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to "JANE SMITH" personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BROWN | 35 | 5'7 | 165 |

GLASSES

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: April 24, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

CECIL G. HOLLOWAY
License #: 1104105
Invoice #: 460571

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728