# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

FEDERAL INSURANCE COMPANY

Plaintiff,

V.

M/V LAHORE EXPRESS, her engines, boilers, tackle, etc., NORMAN G. JENSEN, INC. D/B/A JENSEN MARITIME SERVICE, DIRECT CONTAINER LINE, INC.

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 03288

TO:

| M/v LAHORE EXPRESS c/o SEASPAN CORP 2600-200, Granville Street Vancouver BC V6C 1S4 CANADA | M/v LAHORE EXPRESS c/o SEASPAN SHIP MANAGEMENT LTD SERVICE 2600-200, Granville Street Vancouver BC V6C 1S4 CANADA | NORMAN G. JENSEN, INC. d/b/a JENSEN MARITIME 3050 Metro Drive Suite 300 Minneapolis, MN 55425 | DIRECT CONTAINER LINE, INC. 300 Middlesex Avenue Carteret, NJ 07008 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 02 2008

CLERK  J. MICHAEL MCMAHON                 DATE

(BY) DEPUTY CLERK  _[signature]_

```
****** A F F I D A V I T   O F   S E R V I C E ******      4/18/08

SHERIFFS NUMBER..L  254468  DEFENDANT SEQUENCE 001 OF 001  OFFICER........MORIA
TYPE OF SERVICE..........     SUMMONS AND COMPLAINT

I, JOSEPH C. SPICUZZO, SHERIFF OF MIDDLESEX COUNTY, DO HEREBY DEPUTIZE

                          S/o Moriarty
                   (PRINT OFFICER'S NAME)
     AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.
============================ ATTORNEY =============================
   KINGSLEY AND KINGSLEY                            CHECK #          AMOUNT
                                                    10278             31.16
   90 WEST CHERRY ST
                                                 CONTROL #   532484
   HICKSVILLE           NY   11801

========================= COURT DATA ============================= JUANITA
COURT OF ISSUANCE........  UNITED STATES DISTRIC COURT
  RETURN DATE 0/00/00 TIME   :       DAYS 00
  DOCKET....08CV03288    STATE... NY      COUNTY OF VENUE....SOUTHREN DIST.
========================= CAPTION OF CASE =========================
CORPORATION NAME.........  FEEDERAL INSURANCE CO
  VS... M/V LAHORE EXPRESS
============== DEFENDANT OR NAMED WITHIN TO BE SERVED ==============
CORPORATION NAME.........  DIRECT CONTAINER LINE INC
   ADDRESS 1..............  300 MIDDLESEX AVE
   ADDRESS 2..............  SERVE OVER ANY PROTEST!!!!
   TOWN/STATE/ZIP.........  CARTERET               NJ   07008
========================= PAPERS SERVED =========================
SUMMONS AND COMPLAINT                    OUT OF STATE-REQUIRES DESCRIPTION
GET MILITARY STATUS OF DEFENDANT         STATE IF DEF IS AN INFANT OR INSANE


============== S E R V I C E   D A T A   R E C O R D E D ==============
[X]...SERVED SUCCESSFULLY   [ ]...UNABLE TO SERVE     DATE..| 4-28-08 |
                                                      TIME..| 10:15   |
REMARKS:

              [ ].....OFFICER
              [ ].....MANAGING AGENT
              [X].....REGISTERED AGENT                      ATTEMPTS
              [ ].....PERSON IN CHARGE AT REGISTERED OFFICE OF
              [ ].....AGENT AUTHORIZED TO ACCEPT SERVICE
PERSON SERVED..........  ELAINE MAZEIKA

SEX   : [ ] MALE    [X] FEMALE
SKIN  : [X] WHITE   [ ] BLACK   [ ] YELLOW   [ ] BROWN   [ ] RED
HEIGHT: [ ] UNDER 5 FEET  [X] 5.0-5.6FT  [ ] 5.7-6.0  [ ] OVER 6FT
WEIGHT: [ ] UNDER 100LBS  [X] 100-150LBS  [ ] 151-200LBS  [ ] OVER 200LBS
HAIR  : [ ] BLACK  [X] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING
AGE   : [ ] UNDER 20  [ ] 21-35  [ ] 36-50  [X] 51-65  [ ] OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME
ON   April 28, 2008                        _____
                                                  SIGNATURE
                                           UNDER SHERIFF OF MIDDLESEX COUNTY
                                           STATE OF NEW JERSEY
```