Thomas E. Willoughby
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600

Attorneys for Defendant, Norman G. Jensen, Inc.
d/b/a Jensen Maritime Service

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
FEDERAL INSURANCE COMPANY,

       Plaintiffs,

 - against –

M/V LAHORE EXPRESS, her engines, boilers,
tackle, etc., NORMAN G. JENSEN, INC. D/B/A
JENSEN MARITIME SERVICE, DIRECT
CONTAINER LINE, INC.,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Index No.
08 CV 03288 (LAK)

**Rule 7.1 Statement**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Norman G. Jensen, Inc. d/b/a Jensen Maritime Service (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of said Defendant's stock.

            NONE

Dated: New York, New York
    May 6, 2008

          HILL RIVKINS & HAYDEN LLP
          Attorneys for Defendant, Norman G. Jensen, Inc.
          d/b/a Jensen Maritime Service

By: _____
Thomas E. Willoughby
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600