UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FEDERAL INSURANCE COMPANY,

                          Plaintiff,                    **ECF CASE**

          - against -                    08 Civ. 03288 (LAP)

M/V LAHORE EXPRESS, her engines, boilers,
tackle, etc, NORMAN G. JENSEN, INC.
d/b/a JENSEN MARITIME SERVICES, DIRECT
CONTAINER LINE, INC.,

                         Defendants.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant DCL ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

Brennan International Transport (Hong Kong) Limited, NACA Logistics (USA) Inc., Vanguard Logistics Services Hong Kong Ltd., Conterm (Hong Kong) Limited, various alien corporations of similar names

    06/12/08                       S/ _____
Date                                                PETER J. ZAMBITO