UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Attorney: DOUGHERTY RYAN GIUFFRA AND ZAMBITO - 63

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

DCL HONG KONG LIMITED AND A THIRD PARTY ACTION

Defendant(s)

Index #: 08 CIV. 03288 (LAP)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 08-60-4025/PJZ

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 27, 2008 at 01:06 PM at

C/O HAPAG-LLOYD (AMERICA) INC.
377 HOES LANE
PISCATAWAY, NJ08854

deponent served the within true copy of the THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT on SEA SPAN SHIP MANAGEMENT LTD., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BEWARREN WATKINS personally, deponent knew said corporation so served to be the corporation described in said THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 34 | 5'11 | 195 |

Sworn to me on: June 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2011

DANIEL KNIGHT

Docket #: 569528

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: DOUGHERTY RYAN GIUFFRA AND ZAMBITO - 63

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

DCL HONG KONG LIMITED AND A THIRD PARTY ACTION

Defendant(s)

Index #: 08 CIV. 03288 (LAP)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 08-60-4025/PJZ

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 27, 2008 at 01:06 PM at

C/O HAPAG-LLOYD (AMERICA) INC.
377 HOES LANE
PISCATAWAY, NJ08854

deponent served the within true copy of the THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT on SEA SPAN CORP., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BEWARREN WATKINS personally, deponent knew said corporation so served to be the corporation described in said THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 34 | 5'11 | 195 |

Sworn to me on: June 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July [illegible]

DANIEL KNIGHT

Docket #: 569526

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: DOUGHERTY RYAN GIUFFRA AND ZAMBITO - 63

FEDERAL INSURANCE COMPANY

Plaintiff(s)

Index #: 08 CIV. 03288 (LAP)

- against -

Date Filed:

DCL HONG KONG LIMITED AND A THIRD PARTY ACTION

Defendant(s)

**AFFIDAVIT OF SERVICE**

Attorney File #1: 08-60-4025/PJZ

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 27, 2008 at 01:06 PM at

C/O HAPAG-LLOYD (AMERICA) INC.
377 HOES LANE
PISCATAWAY, NJ08854

deponent served the within true copy of the THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT on HAPAG-LLOYD AG, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BEWARREN WATKINS personally, deponent knew said corporation so served to be the corporation described in said THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 34 | 5'11 | 195 |

Sworn to me on: June 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July ...

DANIEL KNIGHT

Docket #: 569523

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK Attorney: DOUGHERTY RYAN GIUFFRA AND ZAMBITO - 63

FEDERAL INSURANCE COMPANY

Plaintiff(s)

- against -

DCL HONG KONG LIMITED AND A THIRD PARTY ACTION

Defendant(s)

Index #: 08 CIV. 03288 (LAP)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 08-60-4025/PJZ

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 27, 2008 at 01:06 PM at

C/O HAPAG-LLOYD (AMERICA) INC.
377 HOES LANE
PISCATAWAY, NJ08854

deponent served the within true copy of the THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT on HAPAG-LLOYD AKTIENGESELLSCHAFT, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to BEWARREN WATKINS personally, deponent knew said corporation so served to be the corporation described in said THIRD PARTY SUMMONS IN A CIVIL ACTION AND THIRD-PARTY COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BLACK | 34 | 5'11 | 195 |

Sworn to me on: June 30, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July [illegible]

DANIEL KNIGHT

Docket #: 569521