HILL, BETTS & NASH LLP
Attorneys for Defendant
HAPAG-LLOYD AKTIENGESELLSCHAFT
(also named herein as "HAPAG-LLOYD AG")
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
(212) 839-7000
Michael J. Ryan (2793 MR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FEDERAL INSURANCE COMPANY,                     08 CV. 3288 (LAK)(RLE)
                                               ECF CASE
                         Plaintiff,

       - against –                             **RULE 7.1 STATEMENT**

M/V LAHORE EXPRESS, her engines, boilers,
Tackle, etc, NORMAN G. JENSEN, INC.
d/b/a JENSEN MARITIME SERVICES, DIRECT
CONTAINER LINE, INC.,

                         Defendants.
-----------------------------------------------------------------X
DCL HONG KONG LIMITED,

              Defendant/Third-Party Plaintiff,

       - against –

HAPAG-LLOYD AKTIENGESELLSCHAFT,
HAPAG-LLOYD AG, SEA SPAN CORP. and.
SEA SPAN SHIP MANAGEMENT LTD.,
CONTAINER LINE, INC.,

                         Third-Party Defendants.
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Hapag-Lloyd Aktiengesellschaft certifies that the

{NY075632.1 }

following are corporate parents, subsidiaries, or affiliates of that party which are publicly-held: Tui A.G.

Dated: New York, New York
       August 26, 2008

By: _____
HILL, BETTS & NASH, LLP

Michael J. Ryan (MR-2793)
Attorneys for Third-Party Defendant
HAPAG-LLOYD
AKTIENGESELLSCHAFT
(also named herein as "HAPAG-LLOYD AG")
One World Financial Center
200 LIBERTY STREET, 26th Floor
New York, New York 10281
(212) 839-7000

{NY075632.1}                              2